# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00610-CV

### A. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

#### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
#### NO. 291,046-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A. B. filed his notice of appeal on August 27, 2019. Appellant's brief was due October 28, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than November 20, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 5, 2019.

Before Justices Goodwin, Baker, and Kelly